Associated Fruit Company, appellant, v. John P. O'Brien, appellee. Gen. No. 25,404.

Action to recover damages for failure to accept a carload of potatoes sold to defendant. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed October 13, 1920.

Stewart Reed Brown, for appellant. William B. O'Brien, for appellee; James C. Byrne, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

Mary K. Carmody, by May B. Carmody, appellee, v. Hadfield Ice Cream Company, appellant. Gen. No. 25,420.

Action to recover for injuries caused by collision between delivery wagons. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed October 13, 1920.

John A. Bloomingston, for appellant. H. E. Wynekoop, for appellee; Edward Maher, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

Solomon Jesmer, appellee, v. State Commercial & Savings Bank, appellant. Gen. No. 25,442.

Action to recover damages for breach of contract of employment. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Nels A. Larson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded. Opinion filed October 13, 1920.

B. M. Shaffner, for appellant. Schoenbrod & Rosengard, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

M. E. Old, appellee, v. S. I. Kaufman, trading as Kaufman & Company, appellant. Gen. No. 25,504.

Action to recover balance of purchase price of goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed October 13, 1920.

Harry L. Shaver and Marshall Solberg, for appellant. Osborne, Cloud & Kline, for appellee; Wilson L. Kline, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

William J. Crook, plaintiff in error, v. Mark Levy et al., trading as Mark Levy & Brothers, and Saratoga European Hotel & Restaurant Company, defendants in error. Gen. No. 25,357.

Action for the return of rent. Judgment for defendants. Error to the Municipal Court of Chicago; the Hon. John A. Mahoney, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed November 4, 1920.

Leslie A. Gilmore, for plaintiff in error. Musgrave, Oppenheim & Lee, for defendants in error.

Mr. Presiding Justice Taylor delivered the opinion of the court.